UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane Doe (L.M.)<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>42 Hotel Raleigh, LLC d/b/a Hilton Hampton Inn and Hilton Domestic Operating Company, Inc.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00235-FL |

## DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Hilton Domestic Operating Company Inc. ("Hilton") hereby respectfully moves for summary judgment. The reasons in support of Hilton's Motion for Summary Judgment are set forth in the accompanying Memorandum of Law.

Dated: November 19, 2025

*/s/ Brandon S. Neuman*
Brandon S. Neuman
North Carolina Bar No. 33590
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: +1.919.329.3878
Email: brandon.neuman@nelsonmullins.com

Respectfully submitted,

Nicole M. Perry, *Special Appearance*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Special Appearance*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Email: bbiesenthal@jonesday.com

Ana Maria Cristina Pérez Soto, *Special Appearance*
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: +1.305.714.9700
Email: cperezsoto@jonesday.com

ATTORNEYS FOR DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.

### CERTIFICATE OF SERVICE

I, Brandon S. Neuman, certify that on November 19, 2025, I caused the foregoing, Defendant Hilton Domestic Operating Company Inc.'s Motion for Summary Judgment, to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Brandon S. Neuman*
Brandon S. Neuman