UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane Doe (L.M.) <br><br> Plaintiff, <br><br> v. <br><br> 42 Hotel Raleigh, LLC d/b/a Hilton Hampton Inn and Hilton Domestic Operating Company Inc., <br><br> Defendants. | Case No. 5:23-cv-00235-FL |

## DECLARATION OF NICOLE M. PERRY IN SUPPORT OF DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.'S MOTION FOR SUMMARY JUDGMENT

I, Nicole M. Perry, declare as follows:

1. I am over the age of 18 and competent to testify to the following facts.

2. I am one of the attorneys representing Defendant Hilton Domestic Operating Company, Inc. ("Hilton").

3. ***Exhibit "A"*** is a true and accurate copy of Hilton's Responses to Plaintiff's First Set of Interrogatories.

4. ***Exhibit "C"*** is a true and accurate copy of Plaintiff's Second Supplemental Answers and Objections to Hilton's First Set of Interrogatories.

5. ***Exhibit "D"*** is a true and accurate copy of select portions of Plaintiff's Deposition Transcript (pages 1-6, 14, 17, 18, 34, 35, 38, 39, 41-49, 52-54, 57-61, 64-69, 72, 73, 75, 79-81, 92, 95, 96, and 101). Page 57 of Exhibit D contains information revealing Plaintiff's Identity. Thus, per the Protective Order (ECF 72) entered April 14, 2025, Hilton seeks leave to file page 57 of Exhibit D under seal.

6.      ***Exhibit "E"*** is a true and accurate copy of Plaintiff's sworn declaration verifying Plaintiff's Second Supplemental Answers and Objections to Hilton's Interrogatories.  Exhibit E contains information revealing Plaintiff's Identity.  Thus, per the Protective Order (ECF 72) entered April 14, 2025, Hilton seeks leave to file Exhibit E under seal.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Respectfully submitted and signed, under Federal Rule of Civil Procedure 11, on this 19th day of November 2025.

*/s/ Nicole M. Perry*
Nicole M. Perry, *Special Appearance*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Email: nmperry@jonesday.com

## CERTIFICATE OF SERVICE

  I, Brandon S. Neuman, certify that on November 19, 2025, I caused the foregoing Declaration to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                */s/ Brandon S. Neuman*
                Brandon S. Neuman