UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane Doe (L.M.)<br><br>               Plaintiff,<br><br>    v.<br><br>42 Hotel Raleigh, LLC d/b/a Hilton Hampton Inn and Hilton Domestic Operating Company Inc.,<br><br>               Defendants. | Case No. 5:23-cv-00235-FL |

**JOINT STIPULATION AGREEING TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO HILTON'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jane Doe (L.M.) ("Plaintiff") and Defendant Hilton Domestic Operating Company Inc. ("Hilton") (collectively, the "Parties"), by and through their counsel, jointly stipulate and agree upon filing that Plaintiff's deadline to respond to Hilton's Motion for Summary Judgement, Dkt. No. 77, is extended by five days, up to and including December 15, 2025.

**Background**

This matter has been pending since April 28, 2013, when Plaintiff filed her Original Complaint ("Complaint"), Dkt. No. 1. Hilton filed a Motion for Summary Judgment on November 20, 2025. Dkt. No. 77. Absent an extension of the deadline, Plaintiff's current deadline to respond to Hilton's Motion for Summary Judgment is December 10, 2025. Plaintiff has requested and Hilton has agreed to an extension of the deadline for Plaintiff to respond to Hilton's Motion for Summary Judgment by five days, up to and including December 15, 2025.

## Stipulation

Upon filing, the Parties stipulate and agree to extend Plaintiff's deadline to respond to Hilton's Motion for Summary Judgment by five days, up to and including December 15, 2025. The parties submit that good cause exists for this extension and that no party will be prejudiced by the requested extension.

Dated: December 10, 2025   AGREED TO BY COUNSEL OF RECORD

/s/ Nicole M. Perry
Nicole M. Perry, *Special Appearance*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Special Appearance*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Email: bbiesenthal@jonesday.com

Ana Maria Cristina Pérez Soto, *Special Appearance*
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: +1.305.714.9700
Email: cperezsoto@jonesday.com

Brandon S. Neuman
North Carolina Bar No. 33590
NELSON MULLINS RILEY & SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: +1.919.329.3878
Email: brandon.neuman@nelsonmullins.com

*Attorneys for Defendant Hilton Domestic Operating Company Inc.*

/s/ Matthew C. Matheny
MATTHEW C. MATHENY
PROVOST UMPHREY LAW FIRM, L.L.P.
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Ph: 409-835-6000
Fax: 409-813-8652
mmatheny@pulf.com
TX State Bar No. 24039040
Lead Counsel for Plaintiff
Notice of Special Appearance filed

Annie McAdams
ANNIE MCADAMS PC
1150 Bissonnet
Houston Texas 77005
Ph: 713-785-6262
Fax: 888-713-0451 Facsimile
annie@mcadamspc.com
TX State Bar No. 2405104
Lead Counsel for Plaintiff
Notice of Special Appearance filed

KIMBERLY WILSON WHITE
WILSON LAW, P.A.
434 Fayetteville St., Suite 2060
Raleigh, NC 27601
Ph: 919-890-0180
Fax: 919-890-8703
kim@wilsonlawpa.com
NC State Bar No. 30044
Local Civil Rule 83.1(d) Counsel for Plaintiff

*Attorneys for Plaintiff L.M.*

## CERTIFICATE OF SERVICE

I, Matthew C. Matheny, certify that on December 10, 2025, I caused the foregoing Joint Stipulation to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

>   */s/ Matthew C. Matheny*
>   Matthew C. Matheny