UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE (L.M.) an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 42 HOTEL RALEIGH, LLC d/b/a HILTON HAMPTON INN AND HILTON DOMESTIC OPERATING COMPANY, INC., | ) CIVIL ACTION NO: 5:23-cv-00235-FL |
| | ) |
| Defendants. | ) |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of this action with prejudice and with the understanding that their stipulation operates as an adjudication on the merits. Each party will bear all of their own costs and fees, including all attorney's fees. Plaintiff has received no compensation from Hilton Domestic Operating Company of any kind in exchange for the dismissal of this action with prejudice. The parties agree not to file any further motions in this case once this Stipulation of Dismissal with Prejudice is e-filed in this matter.

This ____ day of March, 2026.                    Respectfully Submitted,

                                                  */s/ Matthew C. Matheny*
                                                  Matthew C. Matheny
                                                  PROVOST UMPHREY LAW FIRM
                                                  350 Pine Street, Suite 1100
                                                  Beaumont, TX 77701
                                                  (409) 838-8826
                                                  (409) 838-8888 Facsimile
                                                  Texas State Bar No. 24039040
                                                  mmatheny@pulf.com
                                                  *Counsel for Plaintiff*

1

Annie McAdams
ANNIE MCADAMS, PC
1150 Bissonnet
Houston, Texas 77005
Ph: 713-785-6262
Fax: 888-713-0451 Facsimile
annie@mcadamspc.com
TX State Bar No. 2405104
Lead Counsel for Plaintiff
Notice of Special Appearance filed

KIMBERLY WILSON WHITE
WILSON LAW, P.A.
434 Fayetteville St., Suite 2060
Raleigh, NC 27601
Ph: 919-890-0180
Fax: 919-890-8703
kim@wilsonlawpa.com
NC State Bar No. 30044
Local Civil Rule 83.l(d) Counsel for Plaintiff

*Attorneys for Plaintiff L.M*

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

This 3rd day of March, 2026.

s/*Matthew C. Matheny*
Matthew C. Matheny